AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00089 |
| Annie Vo | ) Assigned To : Judge Robin M. Meriweather |
| DOB: XXXXXX | ) Assign. Date : 3/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - (Entering and Remaining in a Restricted Building or Grounds); |
| 18 U.S.C. § 1752(a)(2) | - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); |
| 40 U.S.C. § 5104(e)(2)(D) | - (Disorderly Conduct in a Capitol Building); |
| 40 U.S.C. § 5104(e)(2)(G) | - (Parading, Demonstrating, or Picketing in a Capitol Building). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __03/6/2024__

_____
*Judge's signature*

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*