Case 1:24-mj-00089-RMM   Document 5   Filed 03/07/24   Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>Annie Vo<br><br>*Defendant* | ) Case: 1:24-mj-00089<br>) Assigned To : Judge Robin M. Meriweather<br>) Assign. Date : 3/6/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>)<br>)<br>) |
|---|---|

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Annie Vo,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 03/6/2024

2024.03.06 17:48:48 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S Magistrate Judge
*Print and title*

---

**Return**

This warrant was received on *(date)* 3/6/2024, and the person was arrested on *(date)* 3/7/2024
at *(city and state)* Indianapolis, Indiana.

Date: 3/7/2024

*Arresting officer's signature*

Ashley Hanson, Special Agent
*Printed name and title*