**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 24-mj-89 (RMM) |
| | ) |
| ANNIE VO, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Annie Vo by counsel Harold Samuel Ansell respectfully moves the Court to modify her pre-trial release conditions to allow her to travel to the District of Columbia, and in support states:

1. Ms. Vo is charged by complaint with violations of 18 U.S.C. § 1752 and 40 U.S.C. § 5104 in connection with her presence in the capital on January 6, 2021.

2. As a condition of Ms. Vo's pretrial release, she is restricted from traveling to the District of Columbia except as necessary for her court appearances.

3. Ms. Vo's son Anthony Vo is scheduled to be sentenced on April 10, 2024, in the United States District Court for the District of Columbia in cause number 21-cr-00509.

4. Ms. Vo wishes to attend her son's sentencing hearing.

5. The United States by AUSA Lynnett Wagner does not object to a modification of Ms. Vo's release conditions to permit her to travel to the District of Columbia to attend her son's sentencing hearing.

**WHEREFORE**, Defendant Annie Vo, requests that her release conditions be modified to grant her permission to travel to, and be present in, the District of Columbia to attend her son's sentencing hearing on April 10, 2024.

Respectfully submitted,

*Harold Samuel Ansell*
Harold Samuel Ansell
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

**CERTIFICATE OF SERVICE**

    I certify that on April 5, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Harold Samuel Ansell*
Harold Samuel Ansell