# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 24-mj-89 (RMM) |
| | ) |
| ANNIE VO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's Motion to Modify her Conditions of Release, and the Court being duly advised now finds the Motion well taken and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that Defendant's conditions of release be modified to allow her to travel to the District of Columbia and to be present in the District of Columbia to attend her son's sentencing hearing on April 10, 2024, in case number 21-cr-00509 in the District Court for the District of Columbia. All other conditions are to remain in place.

**SO ORDERED.**

_____
**G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE**